IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAYVON DOMINIQUE GANT,<br><br>Defendant. | 8:25CR 238<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(1) & 924(a)(8) |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 DEC -9 PM 2:35
OFFICE OF THE CLERK

The Grand Jury charges that

COUNT 1
(Felon In Possession Of A Firearm)

On or about September 20, 2025, in the District of Nebraska, Defendant JAYVON DOMINIQUE GANT, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

1) Bank Robbery, in case number 0:18-CR-191-JNE, in the United States District Court for the District of Minnesota, convicted on or about March 5, 2019; and

2) Bank Theft, in case number 4:10-CR-141-A, in the United States District Court for the Northern District of Texas, convicted on or about July 15, 2011,

did knowingly possess in and affecting interstate commerce, one or more firearms, to wit:

1) a Glock 43 9mm semi-automatic handgun; and

2) a Sig Sauer P365 9mm semi-automatic handgun,

said firearms having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA
Plaintiff

LESLEY A. WOODS
United States Attorney

By: _____
JOSEPH P. MEYER, #26151
Special Assistant U.S. Attorney